UNITED STATES DISTRICT COURT
FOR DISTRICT OF ALASKA

| | |
|---|---|
| NEWTOK VILLAGE,<br><br>- Plaintiff,<br>vs.<br><br>LYNDEN AIR CARGO, LLC d/b/a LYNDEN AIR CARGO<br><br>- Defendant. | **NO. 3:20-cv-00071-TMB**<br><br>**MOTION TO STAY DISCOVERY AND OTHER DEADLINES SET FORTH IN THE PRE-TRIAL ORDER** |

COMES NOW, Plaintiff, Newtok Village, to seek a 60 day stay in this matter for the reasons set forth in the accompanying memorandum.

Respectfully submitted this 5th day of October, 2020

/s/ Michael J. Walleri

Michael J. Walleri (ABA #7906060)
GAZEWOOD & WEINER, PC

1008 16th Ave., Suite 200
Fairbanks, AK 99701
tel: (907) 452-5196
fax: (907) 456-7058
walleri@gci.net
Attorney for Plaintiff

CERTIFICATE OF SERVICE
I declare under penalty of perjury of the laws of the United States of America that on October 5, 2020 I electronically filed the above document with the Clerk of Court using the E-FILING system, and served the foregoing document on the parties counsel listed above by e-mail
Thomas G. Waller, (AKB #0109052)
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076
tgwaller@bmjlaw.com
Attorney for Defendant

/s/ Michael J. Walleri

**GAZEWOOD & WEINER, PC**

1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com