Thomas G. Waller, AKB #0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4^(TH) Avenue - 24^(th) Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076
tgwaller@bmjlaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NEWTOK VILLAGE,<br><br>Plaintiff,<br><br>v.<br><br>LYNDEN AIR CARGO, LLC d/b/a LYNDEN AIR CARGO,<br><br>Defendant. | NO. 3:20-cv-00071-TMB<br><br>**DEFENDANT'S RESPONSE AND PARTIAL OPPOSITION TO PLAINTIFF'S MOTION TO STAY DISCOVERY AND OTHER DEADLINES SET FORTH IN THE PRE-TRIAL ORDER** |

Defendant Lynden Air Cargo, LLC partially opposes, but otherwise assents, to Newtok Village's Motion to Amend Complaint (First).

**PARTIAL OPPOSITION**: Defendant LAC opposes plaintiff's Motion to the extent it relieves plaintiff of disclosing a necessary document, readily-available to plaintiff, and requested both formally and informally by defendant. LAC also seeks clarification that plaintiff Newtok will promptly produce discovery documents already overdue, immediately upon expiration of the Stay.

1. <u>Tribal Procurement Code</u>: LAC has requested informally and formally (in written discovery to plaintiff) the <u>Tribal Procurement Code</u> referenced in para. 30 and 31 of plaintiff's First Amended Complaint. Dkt. 36. The Code is needed by defendant to evaluate and understand plaintiff's newly formulated claims in the First Amended

DEFENDANT'S PARTIAL OPPOSITION ESPONSE TO PLAINTIFF'S
MOTION TO STAY DISCOVERY AND OTHER
DEADLINES SET FORTH IN THE PRE-TRIAL ORDER
Case Number: 3:20-cv-00071-TMB
Page 1 of 3

Case 3:20-cv-00071-TMB   Document 39   Filed 10/08/20   Page 1 of 3

Complaint. Waiting two months or more for receipt of the easily-produced document will merely further delay litigation and resolution.

Defendant LAC asked plaintiff's counsel, in a letter dated August 6: "Please send us a copy of §17.4 of the Tribal Procurement Code; actually, please send us the entire Code. Our brief research on several legal databases has not found it." Waller Decl., Ex. 1.

Defense counsel renewed the request, by email, later that same date (August 6): "We kindly asked in our letter today that you provide us information and documents to review with our client. We renew the request, including the request for the Tribal Procurement Code." Waller Decl., Ex. 2.

Plaintiff rejected the request in an email of August 7: "You will receive the requested documents thru the normal process [.]" Waller Decl.

Defendant promptly sent plaintiff Newtok, on September 1, discovery requests for Tribal reports or resolutions," in three separate, formal Requests for Production. Waller Decl., Ex. 3. (RFP Nos. 1, 2, 19) The requests were made after counsel's comprehensive search elsewhere for the document failed. Waller Decl., Ex. 3.

Plaintiff answered interrogatories and requests for admission covering other topics, but has failed and refused to produce the Tribal Procurement Code.

2. <u>Discovery Documents</u>: LAC sent Newtok requests for production on September 1. Responsive documents were due in defense counsel's office no later than October 5, 2020. Waller Decl. In lieu of producing the required discovery documents, Newtok filed its immediate Motion to Stay the exact day its discovery documents were due.

Having already had 30+ days to gather and produce responsive documents, plaintiff Newtok now requests an additional 60 days to organize itself. Defendant does not object to the Stay as long as Newtok produces its already-overdue discovery

ATTORNEYS AT LAW
BAUER
MOYNIHAN
& JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

DEFENDANT'S PARTIAL OPPOSITION ESPONSE TO PLAINTIFF'S
MOTION TO STAY DISCOVERY AND OTHER
DEADLINES SET FORTH IN THE PRE-TRIAL ORDER
Case Number: 3:20-cv-00071-TMB
Page 2 of 3

documents on the same day the Stay expires.

<u>Assent</u>: Defendant otherwise agrees to the stay of discovery and all other deadlines, as requested by plaintiff.

Dated this Thursday, October 8, 2020.

*I certify this memorandum does not exceed 20 pages or 5,700 words.*

BAUER MOYNIHAN & JOHNSON LLP

/s/ Thomas G. Waller
_____
Thomas G. Waller, AKB #0109052

<u>CERTIFICATE OF SERVICE</u>

I declare under penalty of perjury of the laws of the United States of America that on October 8, 2020 I electronically filed the above document with the Clerk of Court using the E-FILING system, and served the foregoing document on the parties listed below by the methods indicated:

| | |
|---|---|
| Michael J. Walleri | [x] E-Mail |
| Gazewood & Weiner, PC | [ ] Facsimile |
| 1008 16th Ave., Suite 200 | [ ] U.S. Mail |
| Fairbanks, Alaska 99701 | [ ] Hand Delivery |

BAUER MOYNIHAN & JOHNSON LLP

/s/Kendrick Chan
_____
Kendrick Chan

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

DEFENDANT'S PARTIAL OPPOSITION ESPONSE TO PLAINTIFF'S MOTION TO STAY DISCOVERY AND OTHER DEADLINES SET FORTH IN THE PRE-TRIAL ORDER
Case Number: 3:20-cv-00071-TMB
Page 3 of 3

Case 3:20-cv-00071-TMB   Document 39   Filed 10/08/20   Page 3 of 3